**15-25-00132-CV**

TRIAL COURT CASE NO. _____

<table>
<tr><td>§</td><td>IN THE DISTRICT COURT</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>_____ COUNTY, TEXAS</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>_____ JUDICIAL DISTRICT</td></tr>
</table>

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/8/2025 3:32:41 PM
CHRISTOPHER A. PRINE
Clerk

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed:_____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed:_____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment:_____

Name of court reporter:_____

    Address of court reporter:_____

Name of attorney on appeal:_____SB#:_____

    Attorney Address:_____

    Attorney E-Mail Address: _____

    Attorney on appeal (check applicable box):

        ☐ appointed      ☐ retained      ☐ Pro Se

Name of Appellee's Attorney:_____SB#_____

    Attorney Address:_____

    Attorney E-Mail Address:_____

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail   _____Hand Delivery   _____Mail

On_____     By:_____(clerk's initials)

Filed in The District Court
of Travis County, Texas

AUG 08 2025

At ____10 A____ .M.
Velva L. Price, District Clerk

| | | |
|---|---|---|
| JOHN ERIC Anderson | § | IN THE 98th |
| Plaintiff, | § | District Court |
| Vs | § | OF |
| STATE OF TEXAS | § | TRAVIS County |
| Defendant, | § | CAUSE NO. |
| | § | D-1-GN-25-001988 |

## * NOTICE OF APPEAL *

PER. Tex. R. App. P. Rule 25.1

D. Contents OF Notice

① 98th District Court OF TRAVIS County Tx.

John Eric Anderson Vs. STATE OF TEXAS

CAUSE NO. D-1-GN-25-001988

② July 31, 2025

③ I, John Eric Anderson TDCJ # 00552116 do hereby with respect "wish to appeal".

④ ~~Texas Supreme Court~~ 15th Dist. Court Of Appeals

⑤ John Eric Anderson TDCJ# 00552116

⑥ Does not apply

⑦ Does not apply

⑧ Plaintiff, John Eric Anderson TDCJ # 00552116 is indigent and will be proceeding in an indigent manner.

⑨ Yes / Ⓐ & Ⓒ

with Respect

8-2-25    # 00552116

Inmate Declaration

I am currently located in Jefferson County Tx.
at the Le-Blanc Unit.

I, John Eric Anderson TDCJ # 00552116, DO hereby
swear every statement in this Notice of Appeal is
true and correct to the best of my knowledge

8-2-25

Certificate of Service

I, JOHN ERIC ANDERSON TDCJ # 00552116, have
through the prison mail system mailed a copy of
this Notice of Appeal to Ken Paxton/Jacob Pons
Attorney General of Texas, and to the Travis County
District Clerk and to the Travis County Court
Reporter for the 459th District Court, Olivia MATA

John Eric Anderson
# 00552116
Le-Blanc Unit 3 Bldg G 10 B
3695 FM 3514
Beaumont, Texas 77705

552116
JOHN ERIC Anderson
#00552116
LE Blanc Unit 3 Bldg G 10 B
3695 FM 3514
Beaumont, TEXAS 77705

(Legal mail)

HOUSTON TX RPDC 773

6 AUG 2025  PM 5  L

F.O.R.E.V.E.R
2024

Olivia MATA
TRAVis County Court Reporter
Civil Division
P.O. Box 1748
Austin, TEXAS 78764 - 1748

78767-174848

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

CAUSE NO. D-1-GN-25-001988

| | | |
|---|---|---|
| JOHN ERIC ANDERSON,<br>*Plaintiff,* | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§<br>§ | 98TH DISTRICT |
| STATE OF TEXAS, ET AL.,<br>*Defendant(s).* | §<br>§<br>§ | TRAVIS COUNTY, TEXAS |

## ORDER

On this day the Court considered defendants the State of Texas, the Texas Department of Criminal Justice ("TDCJ"), and TDCJ Executive Director Bryan Collier's (collectively, "Defendants") Plea to the Jurisdiction and Motion to Dismiss Pursuant to Chapter 14 of the Texas Civil Practice and Remedies Code. Having considered Defendants' motion along with the other pleadings filed herein, the Court orders the following:

It is hereby **ORDERED** that Defendants' motion is **GRANTED.**

It is further **ORDERED** that plaintiff John Eric Anderson's suit is dismissed with prejudice.

Signed this 31st day of __July__, 2025

_____
JUDGE PRESIDING
Don Burgess

1